UNITED STATES COURT OF APPEALS
DISTRICT OF COLUMBIA CIRCUIT

_____
                                    )
AMERICAN PETROLEUM INSTITUTE,       )
                                    )   No. 09-1323
         Petitioner,                )
                                    )
    v.                              )
                                    )
UNITED STATES ENVIRONMENTAL         )
PROTECTION AGENCY,                  )
                                    )
         Respondent.                )
_____ )

### STATUS REPORT OF RESPONDENT UNITED STATES ENVIRONMENTAL PROTECTION AGENCY

Respondent United States Environmental Protection Agency ("EPA") and Petitioner American Petroleum Institute ("Petitioner" or "API") filed a joint motion to hold this case in abeyance on January 26, 2010, which the Court granted on January 27, 2010. EPA files this status report pursuant to the Court's Order dated January 27, 2010, to report, every 120 days, on the status of EPA's administrative reconsideration process that it has initiated in response to the petition for administrative reconsideration and stay Petitioner filed on December 23, 2009, concerning certain aspects of the final rule at issue in this case.

On June 1, 2010, EPA informed Petitioners in writing that EPA intended to initiate the reconsideration process. EPA developed the proposed reconsideration

rule, which was published in the Federal Register on January 6, 2012.  77 Fed. Reg. 960 (January 6, 2012).  The comment period closed on March 6, 2012.  The final reconsideration rule was published on June 20, 2013.  78 Fed. Reg. 37,133 (June 20, 2013).  Petitioner API has sought reconsideration of the June 20, 2013, final rule by letter dated August 19, 2013, and EPA is evaluating that submission.  Although EPA believes that this case can now be dismissed or litigated, API believes that its pending reconsideration petition must be resolved before this case is taken out of abeyance.  The parties are continuing to discuss the impact of these developments on this case and will report back to the Court by the time of the next 120-day status report.

        Respectfully submitted,

        ROBERT G. DREHER
        Acting Assistant Attorney General

            /s/  Laurel A. Bedig
        LAUREL A. BEDIG
        United States Department of Justice
        Environment & Natural Resources Division
        Environmental Defense Section
        P. O. Box 7611
        Washington, DC  20044
        (202) 305-0331

Dated: January 15, 2014

## **CERTIFICATE OF SERVICE**

It is hereby certified that on January 15, 2014, a true and correct copy of the foregoing Status Report of Respondent United States Environmental Protection Agency was served via CM/ECF on the following counsel of record:

Chet M. Thompson  
Crowell & Moring LLP  
1001 Pennsylvania Ave., NW  
Washington, DC 20004-2595  
Phone: (202) 624-2655  
cthompson@crowell.com

*Counsel for Petitioner American Petroleum Institute*

                                                    /s/ Laurel A. Bedig  
                                                    Laurel A. Bedig